### 52660. DUQUETTE v. TRAVELERS INSURANCE COMPANY et al.

BELL, Chief Judge.

The only question on appeal in this workmen's compensation case is whether there is any evidence to support the board's denial of compensation. A review of the evidence requires an affirmative answer. The judgment of the superior court affirming the award must therefore be affirmed.

*Judgment affirmed. Clark and Stolz, JJ., concur.*

SUBMITTED SEPTEMBER 21, 1976 — DECIDED OCTOBER 25, 1976.

*Calhoun & Donaldson, John R. Calhoun,* for appellant.

*B. A. Bladen,* for appellees.